UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re

DEON MCNEIL WILKINS,

         Plaintiff.

Case No. 20-cv-01939-EMC

Case No. 20-cv-03256-EMC

**ORDER OF DISMISSAL**

On November 18, 2020, mail was sent from the Court to Plaintiff at the address he provided to the Court and was returned undelivered on December 7, 2020, bearing a stamp that read "return to sender, not at this address." Docket No. 19 in Case No. 20-cv-1939 EMC. Plaintiff has not provided any address other than the address to which the undeliverable mail was sent. More than sixty days have passed since the mail was returned to the Court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires a party proceeding *pro se* to "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the Court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to send written notice of his current address within sixty days of the return of the undelivered mail. These actions are **DISMISSED** without prejudice because Plaintiff failed to keep the Court informed of his address in compliance with Local Rule 3-11(a).

**IT IS SO ORDERED**.

Dated: February 16, 2021

_____
EDWARD M. CHEN
United States District Judge